THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GWENDA LYN BILLINGS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and THE TRUSTEES of the INDEPENDENT SCHOOL GROUP LIFE and LTD INSURANCE TRUST,<br><br>    Defendants. | No. C05-5716 FDB<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**CLERK'S ACTION REQUESTED** |

## STIPULATION

The parties stipulate to entry of the subjoined Order without further notice to any party.

DATED this 13th day of November, 2006.

| | |
|---|---|
| LANE POWELL PC | THOMAS R. DREILING |
| By /s/ Robert J. Guite | By /s/ Thomas R. Dreiling |
| D. Michael Reilly, WSBA No. 14674<br>Robert J. Guite, WSBA No. 25753<br>Attorneys for Defendants | Thomas R. Dreiling, WSBA No. 4794<br>Attorneys for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL - 1
Case No. C05-5716 FDB

100447.0103/1339219.1

**ORDER**

Pursuant to the parties' stipulation, it is

ORDERED that based upon the parties' stipulation and the pleadings and files in this case, the Court orders as follows:

1. All of the claims of the plaintiff against the defendants are hereby **Dismissed with Prejudice**; and

2. The parties are each to bear their own attorneys' fees and costs.

DATED this 15 day of November 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC


By /s/ Robert J. Guite
   D. Michael Reilly, WSBA No. 14674
   Robert J. Guite, WSBA No. 25753
Attorneys for Defendants


Copy Received; Approved as to Form; Notice of Presentation Waived:

THOMAS R. DREILING


By /s/ Thomas R. Dreiling
   Thomas R. Dreiling, WSBA No. 4794
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. C05-5716 FDB

100447.0103/1339219.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER OF DISMISSAL - 3
Case No. C05-5716 FDB

100447.0103/1339219.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107